NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DNA GENOTEK INC.,**
*Plaintiff-Appellant*

**v.**

**SPECTRUM SOLUTIONS LLC,**
*Defendant-Appellee*

---

2023-2017

---

Appeal from the United States District Court for the Southern District of California in No. 3:21-cv-00516-RSH-DDL, Judge Robert S. Huie.

-------------------------------------------------

**DNA GENOTEK INC.,**
*Appellant*

**v.**

**SPECTRUM SOLUTIONS LLC,**
*Appellee*

---

2024-1840

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01347.

————————————————

## ON MOTION

————————————————

## O R D E R

Spectrum Solutions LLC moves to have Appeal Nos. 2023-2017 and 2024-1840 be treated as companion cases and assigned to the same merits panel, but the parties have since filed a joint stipulation of voluntary dismissal, with each side to bear its own costs, for Appeal No. 2024-1840.

DNA Genotek Inc. notes that in view of joint stipulation of voluntary dismissal, "all the claims in [U.S. Patent No. 11,002,646] that Genotek had been asserting in [Appeal No. 2023-2017] are unpatentable" such that "the issues in [Appeal No. 2023-2017 are] narrowed to those relating to [U.S. Patent No. 10,619,187]." Appeal No. 2023-2017, ECF No. 41 at 2.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal No. 2024-1840 is dismissed, with each side to bear its own costs as to that appeal. *See* Fed. R. App. P. 42(b)(1).

(2) The motions to companion the appeals are denied as moot.

(3)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-2017.

FOR THE COURT



June 27, 2024
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (for Appeal No. 2024-1840): July 27, 2024